UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CAROLYN T. SIMONS**  CIVIL ACTION

**VERSUS**

**KELLOGG SALES CO.**  NO.: 19-562-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 10)** prepared pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's **Motion for Remand (Doc. 4)**, which Defendant opposed. *See* (Doc. 6). Plaintiff Carolyn Simons initiated this action in state court, alleging that she fell ill after consuming a product manufactured by Defendant that had been subsequently recalled following an outbreak of Salmonella Mbandaka infections. (Doc. 1–1 at ¶¶4–15). Plaintiff seeks to recover under state law theories of strict liability, breach of warranty, negligence, negligence *per se*, and violations of the Louisiana Unfair Trade Practices and Consumer Law. (*Id.* at ¶¶16–36). Defendant removed this action, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. (Doc. 1 at p. 2). Plaintiff argues that removal was untimely. (Doc. 4 at p. 1). The Magistrate Judge recommended that Plaintiff's Motion (Doc. 4) be denied because Defendant timely sought removal within 30 days of having been put on notice of Plaintiff's suit and because the notice clearly sought an amount in excess of the minimum $75,000 requirement under § 1332. (Doc. 10, at p. 6).

1

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion for Remand (Doc. 4)** is **DENIED**.

Baton Rouge, Louisiana, this 12th day of June, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**